FILED

02/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0639

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22-0639

FORWARD MONTANA; LEO GALLAGHER; MONTANA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; GARY ZADICK,

Plaintiffs and Appellants,

v.

STATE OF MONTANA, by and through GREG GIANFORTE, GOVERNOR,

Defendant and Appellee.

On Appeal from the First Judicial District Court,
Lewis and Clark County, Cause No. ADV-21-611
The Hon. Mike Menahan, Presiding

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellees' Unopposed Motion for Extension of Time, and good cause appearing therefore, the State of Montana is granted an extension to and including March 1, 2024 to prepare, serve, and file its Petition for Rehearing in this matter.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 5 2024